**E-FILED**
Thursday, 03 August, 2006 11:00:58 AM
U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Jeramiah J Griffin** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 06-4051** |
| **Monmouth Police Department, Officer Doug** | ) | |
| **Corsaro, Officer Jimmy McVey, Jr., and Chief** | ) | |
| **Brad Ziegler** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Mercer County Jail at 906 S. W. 3rd Street, Aledo,  IL.

      **WE COMMAND** that you produce the body of **Jeramiah J Griffin** , who is in your custody at Mercer County Jail before the United States District Court on **Tuesday,  8/29/2006 at 9:30 AM**  by making that person  personally  available  at  a  telephone  at  the  institution  to  participate  in  a  hearing  before  the  court  by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

      DATED: 08/03/2006

                     JOHN M. WATERS, CLERK
                     UNITED STATES DISTRICT COURT

                     BY: _____s/T. Peeples_____
                        Deputy Clerk