UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

JERAMIAH J. GRIFFIN,       )
                           )
        Plaintiff,         )
                           )  CAUSE # 06-4051
    vs.                    )
                           )  **FILED**
                           )
Monmouth, IL. POLICE DEPT.,)  AUG 2 4 2006
et al.,                    )
                           )  JOHN M. WATERS, Clerk
                           )  U.S. DISTRICT COURT
                           )  CENTRAL DISTRICT OF ILLINOIS
        Defendants         )

## NOTICE TO COURT REGARDING APPROXIMATE TRANSFER DATE OF PLAINTIFF

Comes now the Plaintiff, in person and Pro Se and respectfully notices the Court of the following:

1. Plaintiff is a federal detainee currently awaiting sentencing in this federal district, in

the matter of United States vs. Griffin, cause No. 06-40001-001.

2. Plaintiff is scheduled to be sentenced in his criminal matter on August 30, 2006.

3. Plaintiff has learned that typical U.S. Marshal Service procedure is to ship federal prisoners to Oklahoma approximately three (3) to six (6) weeks after sentencing.

4. Plaintiff is unaware of any appearances being filed, as yet, in the above cited civil matter and has therefore forwarded a copy of this to the Monmouth City Attorney.

2

Respectfully submitted,

_____
Jeramiah J. Griffin
906 SW 3rd St.
Aledo, IL. 61231
Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 22nd day of August, 2006, via first class mail to the following:

    Mr. Marcum A. Spears, Esq.
    Corporate Counsel
    City of Monmouth
    100 E. Broadway
    Monmouth, IL. 61462

_____
Jeramiah J. Griffin