E-FILED
Wednesday, 06 September, 2006 11:45:12 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JERAMIAH J. GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause # 06-4051 |
| | ) |
| Monmouth Police Dept., et. al. | ) |
| | ) |
| Defendants. | ) |

FILED
SEP 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Comes now the Plaintiff, in person and pro se and respectfully motions this Court for leave to amend his complaint and in support of same states the following:

1. On August 2, 2006 Plaintiff filed a complaint, for Among other things, the deprivation of his property contrary to the provisions in the Fourteenth Amendment

of the United States Constitution.

2. On August 31, 2006 Plaintiff filed <u>Plaintiff's Position on Fourteenth Amendment Claim</u>, which specifically spelled out the due process to be afforded Plaintiff with respect to his property seizure, including statute numbers.

3. On September 1, 2006, this honorable Court ruled, among other things, that ... "plaintiff does not allege that the deprivation took place according to any established State procedure, nor that he lacked an adequate remedy under state law." (Courts Order of Sept. 1, 2006, Pg. 2 First ¶)

4. The Court further ordered that no claim shall

---

[1] In the Court's September 1, 2006 ORDER, this legal document was described as a "letter." In actuality, it was a ten page legal document arguing the sufficiency of Plaintiff's 14th Amendment claim.

2

remain not contained in paragraph one (a Fourth Amendment Claim) except by motion of a party or by leave of Court in accordance with FRCP 15.

5. In Plaintiff's Complaint, he alleged that "procedures and dictates are in place" for destruction of dogs.[2] (See Complaint, ¶ 39).

6. Additionally, Plaintiff repeatedly cites "due process" which should have been afforded him. (See ¶¶ 40, 43, 46, 48).

7. Plaintiff practiced "notice pleading" in his complaint and plead a due process violation. Plaintiff further main-

---

[2] Plaintiff concedes that the particular statute (510 Ill. Statutes Act 5/1 et seq.) was not identified, through no fault at that time of Plaintiff, but that at any rate, 28 U.S.C. §

3

tains that a policy can constitute the basis for a due process claim. Here, however, Plaintiff fully asserts that a state statute affords due process basis.

8. Further, Plaintiff maintains that a legitimate due process claim under the United States Constitution will <u>necessarily</u> "lack an adequate remedy under state law." (Court's Sept. 1, 2006 order, pg. 2).

9. Plaintiff further maintains that pursuing a "state law remedy" for a U.S. Constitutional violation is not required. See <u>Feider v. Casey</u> (___ U.S. ___)(exact cite unavailable at this time).

---

1915(A) reads to indicate that assertions made in a complaint, as in a 12(b)(6) motion, should be taken as true. Here, that should hold true moreso given the state of the "law library" here, as well as the City of Monmouth's refusal to provide information under state law.

10. The August 31, 2006 "Plaintiff's Position on Fourteenth Amendment Claim" fully sets forth his position on the state statute which gives rise to a 14th Amendment claim.

11. In the pursuit of justice, fairness to Plaintiff and in accordance with the FRCP,[3] Plaintiff desires to amend his complaint to demonstrate the legitimacy of his 14th Amendment claim.[4]

---

[3] Plaintiff notes that FRCP 15(a) affords any Plaintiff a right to amend once "as a matter of course" provided that certain circumstances aren't present (such as a responsive pleading having been filed). Here, no such circumstances exist.

[4] Plaintiff concedes all other detrimental rulings of this honorable court relating to his complaint. (City as a Defendant, the IL. Freedom of Information Act claim/pendant claim). Plaintiff will address and re-plead his 14th Amendment claim, in detail, in his Amended complaint.

5

Wherefore, Plaintiff respectfully requests he be allowed, in accordance with FRCP 15, to amend his complaint to more fully and clearly plead his 14th Amendment "dog" claim.

Respectfully Submitted,

_____
J. Griffin
906 SW 3rd St.
Aledo, IL 61231
Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on all defendants, via 1st class mail, postage prepaid and properly addressed, this 4th day of September, 2006.

_____

6