UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JERAMIAH J. GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 06-4051 |
| vs. | ) |
| | ) |
| OFFICER DOUG CORSARO, and OFFICER JIMMY MCVEY, JR., | ) |
| | ) |
| Defendants. | ) |

### ANSWER TO PLAINTIFF'S COMPLAINT

NOW COME the defendants, OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR., by their attorneys, David A. Perkins and John K. Kim, of Heyl, Royster, Voelker & Allen, and for their Answer to Plaintiff's Complaint, state as follows:

1. Defendants admit that the action is brought pursuant to the Fourth and Fourteenth Amendments of the United States Constitution but deny that a viable cause of action exists.

2. Defendants admit that the court allowed plaintiff to pursue constitutional claims through 42 U.S.C. § 1983, but deny the remaining allegations contained in Paragraph 2.

3. Defendants deny that a viable claim exists but admit that jurisdiction is appropriate.

4. Defendants admit the allegations contained in Paragraph 4.

5. Defendants admit the allegations contained in Paragraph 5.

6. Defendants admit the allegations contained in Paragraph 6.

7. Defendants admit the allegations contained in Paragraph 7.

8. Defendants admit the allegations contained in Paragraph 8.

9. Defendants deny the allegations contained in Paragraph 9.

10. Defendants admit that on 6/21/05 Griffin was a passenger in a vehicle which was stopped by Monmouth Police officer, Doug Corsaro, but defendants deny the allegations

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

contained in Paragraph 10.

11. Defendants admit the allegations contained in Paragraph 11.

12. Defendants deny the allegations contained in Paragraph 12.

13. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 13, and therefore deny the same.

14. Defendants admit that Griffin's dog, Rigsby, was with Griffin during the traffic stop but deny the remaining allegations contained in Paragraph 14.

15. Defendants deny the allegations contained in Paragraph 15.

16. Defendants deny the allegations contained in Paragraph 16.

17. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 17, and therefore deny the same.

18. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 18, and therefore deny the same.

19. Defendants deny the allegations contained in Paragraph 19.

20. Defendants deny the allegations contained in Paragraph 20.

21. Defendants admit that Griffin's personal property was searched by officers at the scene but deny the remaining allegations contained in Paragraph 21.

22. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 22, and therefore deny the same.

23. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 23, and therefore deny the same.

24. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 24, and therefore deny the same.

25. Defendants have insufficient information to form a belief as to the allegations

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

contained in Paragraph 25, and therefore deny the same.

26. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 26, and therefore deny the same.

27. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 27, and therefore deny the same.

28. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 28, and therefore deny the same.

29. Defendants deny the allegations contained in Paragraph 29.

30. Defendants admit the allegations contained in Paragraph 30.

31. Defendants deny the allegations contained in Paragraph 31.

32. Defendants deny the allegations contained in Paragraph 32.

33. Defendants deny the allegations contained in Paragraph 33.

34. Defendants deny the allegations contained in Paragraph 34.

35. Defendants admit the allegations contained in Paragraph 35.

36. Defendants deny the allegations contained in Paragraph 36.

37. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 37, and therefore deny the same.

38. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 38, and therefore deny the same.

39. Defendants deny the allegations contained in Paragraph 39.

40. Defendants deny the allegations contained in Paragraph 40.

41. Defendants deny the allegations contained in Paragraph 41.

42. Defendants admit the allegations contained in Paragraph 42.

43. Defendants deny the allegations contained in Paragraph 43.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

44. Defendants admit the allegations contained in Paragraph 44.

45. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 45, and therefore deny the same.

46. Defendants have insufficient information to form a belief as to the allegations contained in Paragraph 46, and therefore deny the same.

47. Defendants deny the allegations contained in Paragraph 47.

48. Defendants deny the allegations contained in Paragraph 48.

49. Defendants deny the allegations contained in Paragraph 49.

50. Defendants deny the allegations contained in Paragraph50.

WHEREFORE, defendants, OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR., pray for judgment in their favor and against the plaintiff.

**DEFENDANTS DEMAND TRIAL BY JURY**

**AFFIRMATIVE DEFENSE**

NOW COME the defendants, OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR., and for their Affirmative Defense to Plaintiff's Complaint, state that they acted as any other reasonable law enforcement officer and they did not violate a clearly established right and therefore are entitled to qualified immunity.

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR.

By:    /s/ David A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins - #6195542
John K. Kim - #6286591

### CERTIFICATE OF SERVICE

I hereby certify that on September 27th, 2006, I electronically filed the foregoing Answer to Plaintiff's Complaint, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jeramiah J. Griffin, pro se
c/o Mercer County Jail
906 Southwest Third Street
Aledo, IL  61231

/s/ David A. Perkins
David A. Perkins #6195542
John K. Kim #6286591

Attorneys for Defendants,
OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR.

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com
jkim@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400