E-FILED
Thursday, 28 September, 2006  10:01:51 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| JERAMIAH J. GRIFFIN, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case # 06-4051 |
| ) | |
| MONMOUTH POLICE DEPT., et al. ) | |
| Defendants. ) | |

**FILED**
SEP 28 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTICE OF ADDRESS CHANGE

Comes now Plaintiff, pro se, and respectfully notices the Court of his immediate address change and states the following:

1. Effective immediately, Plaintiff's address is J. Griffin, 829 S. 2nd St., Monmouth, IL. 61462.

2. In approximately four (4) weeks, Plaintiff's address will change once more and Plaintiff will again notify this Court.

3. Plaintiff is still incarcerated and is simply being transferred (no known phone number is available).

4. Plaintiff has notified the Postal service to forward any mail.

Respectfully submitted,

Jeramiah J. Griffin
Plaintiff

CERTIFICATE OF SERVICE
Plaintiff forwards copy to Defendants on Sept. 27, 2006 by 1st class Mail