E-FILED
Tuesday, 24 October, 2006  09:35:56 AM
Clerk, U.S. District Court, ILCD

October 17th 2006

**FILED**
OCT 24 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk
U.S. District Court
Rock Island Division
Rm 40 Federal Bld.
211 19th St.
Rock Island, IL 61201

Cause # 06-4051

RE: Jeramiah J Griffin vs.
Monmouth Police Dept. Et. al.

Dear Sir/mam         Address Change

This letter is to inform the Courts of my New Mailing address. All Papers + Court Documents Should Be Sent To My New address As Stated Below.

Jeramiah J Griffin
13688-026
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR, 72336

Thank you,

Jeramiah J Griffin

10/17/06