E-FILED
Friday, 29 December, 2006 01:23:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JERAMIAH J. GRIFFIN, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> OFFICER DOUG CORSARO, and OFFICER ) <br> JIMMY MCVEY, JR., ) <br> Defendants. ) | CASE NO. 06-4051 |

### NOTICE OF TAKING DEPOSITION

TO:   Mr. Jeramiah J. Griffin, pro se, Federal Correctional Complex - Med., P.O. Box 3000 - Medium, Forrest City, AR 72336

Circuit Wide Reporting, Hill Arcade Building, 250 East Main Street, Suite 316 Galesburg, IL 61401

Trooper Jason Elswick, Illinois State Police, 1600 North Lafayette, Macomb, IL 61455-9194

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Thursday, January 11, 2007 at 4:00 p.m.** at the State Police facility, 1600 North Lafayette Street, Macomb, Illinois, the Defendants, OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR., will take the deposition of **TROOPER JASON ELSWICK,** for pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said deposition will be taken on oral interrogatories before CIRCUIT WIDE REPORTERS, a Notary Public and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like cases, at which time and place the said **TROOPER JASON ELSWICK,** is requested to appear for said deposition.

DATED:   December 29, 2006

OFFICER DOUG CORSARO and OFFICER
JIMMY MCVEY, JR.

By:   /s/ David A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins - #6195542
John K. Kim - #6286591

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 29th day of December, 2006.

Mr. Jeramiah J. Griffin, pro se
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR 72336

Circuit Wide Reporting
Hill Arcade Building
250 East Main Street, Suite 316
Galesburg, IL 61401

Trooper Jason Elswick
Illinois State Police
1600 North Lafayette
Macomb, IL 61455-9194

/s/ David A. Perkins
David A. Perkins #6195542
John K. Kim #6286591

Attorneys for Defendants,
OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR.

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com
jkim@hrva.com

DAP/sb - G:\07\R1307\R1307NDD 002 Elswick.wpd



Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

| | |
|---|---|
| JERAMIAH J. GRIFFIN<br>V.<br>OFFICER DOUG CORSARO and<br>OFFICER JIMMY MCVEY, JR. | SUBPOENA IN A CIVIL CASE<br><br>Case Number:[1]  06-4051 |

TO:  Trooper Jason Elswick, Illinois State Police,
     1600 N. Lafayette, Macomb, IL 61455-9194

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Illinois State Police, 1600 N. Lafayette Street, Macomb, IL | Thursday, January 11, 2007, at 4:00 p.m. |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| s/David A. Perkins<br>Defendants | December 29, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
David A. Perkins, Heyl, Royster, Voelker & Allen, 124 S.W. Adams Street, Suite 600, Peoria, IL 61602
Phone: (309) 676-0400

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JERAMIAH J. GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 06-4051 |
| | ) |
| OFFICER DOUG CORSARO, and OFFICER JIMMY MCVEY, JR., | ) |
| Defendants. | ) |

## NOTICE OF TAKING DEPOSITION

TO:   Mr. Jeramiah J. Griffin, pro se, Federal Correctional Complex - Med., P.O. Box 3000 - Medium, Forrest City, AR 72336

Circuit Wide Reporting, Hill Arcade Building, 250 East Main Street, Suite 316 Galesburg, IL 61401

Trooper Jason Elswick, Illinois State Police, 1600 North Lafayette, Macomb, IL 61455-9194

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Thursday, January 11, 2007 at 4:00 p.m.** at the State Police facility, 1600 North Lafayette Street, Macomb, Illinois, the Defendants, OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR., will take the deposition of **TROOPER JASON ELSWICK,** for pursuant to Supreme Court Rule 206 and other applicable rules and statutes; that said deposition will be taken on oral interrogatories before CIRCUIT WIDE REPORTERS, a Notary Public and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like cases, at which time and place the said **TROOPER JASON ELSWICK,** is requested to appear for said deposition.

DATED:  December 29, 2006

OFFICER DOUG CORSARO and OFFICER
JIMMY MCVEY, JR.

By:   /s/ David A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins - #6195542
John K. Kim - #6286591

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 29th day of December, 2006.

Mr. Jeramiah J. Griffin, pro se
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR 72336

Circuit Wide Reporting
Hill Arcade Building
250 East Main Street, Suite 316
Galesburg, IL 61401

Trooper Jason Elswick
Illinois State Police
1600 North Lafayette
Macomb, IL 61455-9194

/s/ David A. Perkins
David A. Perkins #6195542
John K. Kim #6286591

Attorneys for Defendants,
OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR.

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com
jkim@hrva.com

DAP/sb - G:\07\R1307\R1307NDD 002 Elswick.wpd

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

| | |
|---|---|
| JERAMIAH J. GRIFFIN<br>V.<br>OFFICER DOUG CORSARO and<br>OFFICER JIMMY MCVEY, JR. | SUBPOENA IN A CIVIL CASE<br><br>Case Number:[1]  06-4051 |

TO: Trooper Jason Elswick, Illinois State Police,
1600 N. Lafayette, Macomb, IL 61455-9194

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Illinois State Police, 1600 N. Lafayette Street, Macomb, IL | Thursday, January 11, 2007, at 4:00 p.m. |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| s/David A. Perkins<br>Defendants | December 29, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
David A. Perkins, Heyl, Royster, Voelker & Allen, 124 S.W. Adams Street, Suite 600, Peoria, IL 61602
Phone: (309) 676-0400

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                   DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.