UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JERAMIAH J. GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 06-4051 |
| vs. | ) |
| | ) |
| OFFICER DOUG CORSARO, and OFFICER JIMMY MCVEY, JR., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION OF COUNSEL

NOW COME the Defendants, OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR., by David A. Perkins and John K. Kim, of the law office of Heyl, Royster, Voelker & Allen, and hereby state that a copy of the following:

**Officer Doug Corsaro's Answers to Plaintiff's Interrogatories**

**Officer Doug Corsaro's Response to Plaintiff's First Request for Production of Documents**

**Officer Doug Corsaro's Response to Plaintiff's First Request for Admissions**

was served upon the attorneys of record of all parties to the above causes by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 9th day of January, 2007.

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

OFFICER DOUG CORSARO and OFFICER<br>JIMMY MCVEY, JR.

By:    /s/ David A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins -  #6195542
John K. Kim - #6286591

### CERTIFICATE OF SERVICE

I hereby certify that on January 7th, 2007, I electronically filed the foregoing Answer to Plaintiff's Complaint, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jeramiah J. Griffin, pro se
#13688-026
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR 72336

   /s/ David A. Perkins
David A. Perkins #6195542
John K. Kim #6286591

Attorneys for Defendants,
OFFICER DOUG CORSARO and OFFICER
JIMMY MCVEY, JR.

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com
jkim@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400