**FILED**

FEB 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JERAMIAH J. GRIFFIN

    Plaintiff,

vs.

OFFICER Doug CORSARO And
JIMMY McVEY, JR...
~~Defendant,~~

CASE # 06-4051

## MOTION FOR TELEPHONIC SETTLEMENT CONFERENCE

Comes now the plaintiff, IN PERSON, and respectfully motions this Court to schedule a telephonic Settlement Conference in this and in support of said Motion states the following:

1.) Plaintiff is incarcerated in Arkansas and is unlikely capable of attending a conference in person.

2.) A State Court Judge has ruled that Plaintiffs 4TH Amendment Constitutional Rights were violated in the facts giving rise to this case. Additionally, the presiding Judge in this matter has Screened this Cause of action and indicated it is a viable claim, at least as matters now stand before the Court.

1.

3.) A Seperate Claim has yet to be Filed (or Appealed in this Matter) For the Unilateral deprivation of property belonging to Plaintiff without Due process established under State Law.

4.) Plaintiff Intends to Further pursue this seperate Matter untill he is made whole.

5.) Plaintiff is attempting a global resolution of all Matters before the Necessity of hiring Counsel in order to elevate the Chances For a Mutually acceptable Settlement and without in cuming the attorney Fees and Costs associated with Mr Ryan's appearence.

6.) Plaintiff has prepared and is ready to present to the presiding Judge or the Magistrate Judge his Confidential Settlement Statement in this regard.

7.) No dispositive Motions have been Filed in this Case including Plaintiffs Motion For Summery Judgement.
WHEREFORE, Plaintiff Requests the Court to set a telephonic Settlement Conference in this Matter

Respectfully Submitted,

Jeramiah J Griffin

JERAMIAH J GRIFFIN
# 13688-026
FEDERAL Correctional Complex
P.O. Box 3000- med.
Forrest City, AR 72336

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 5th day of Febuary 2007 via First Class mail to the following:

David A Perkins
124 S.W. Adams St.
Suite 600, Peoria IL 61602
Attorney For Defendants

*[signature: Jeramiah J ...]*

(3)