UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JERAMIAH J. GRIFFIN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 06-4051 |
| OFFICER DOUG CORSARO, and OFFICER JIMMY MCVEY, JR., | ) |
| Defendants. | ) |

## RESPONSE TO PLAINTIFF'S MOTION FOR TELEPHONIC SETTLEMENT CONFERENCE

NOW COME the defendants, OFFICER DOUG CORSARO and OFFICER JIMMY McVEY, JR., by David A. Perkins and John K. Kim of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and for their Response to Plaintiff's Motion for Telephonic Settlement Conference, state as follows:

1.  Defendants believe that they have secured sufficient admissions which will allow them to successfully move for summary judgment.

2.  Defendants are in the process of drafting a Motion for Summary Judgment which should be on file within the next 30 days.

3.  Defendants are not interested in settlement discussions since defendants believe plaintiff will be unable to demonstrate a constitutional deprivation.

WHEREFORE, the defendants, OFFICER DOUG CORSARO and OFFICER JIMMY McVEY, JR., pray that the court deny plaintiff's Motion for Telephonic Settlement Conference.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

OFFICER DOUG CORSARO and
OFFICER JIMMY McVEY, JR.


By:        /s/ David A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins -  #6195542
John K. Kim - #6286591


**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 9th day of February, 2007.

Mr. Jeramiah J. Griffin, pro se
#13688-026
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR 72336

/s/ David A. Perkins
David A. Perkins #6195542
John K. Kim #6286591

Attorneys for Defendants,
OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR.

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com
jkim@hrva.com

DAP/srg
R1307PMI 005

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400