E-FILED
Wednesday, 28 February, 2007  04:51:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JERAMIAH J. GRIFFIN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 06-4051 |
| OFFICER DOUG CORSARO, and OFFICER JIMMY MCVEY, JR., | ) |
| Defendants. | ) |

**DEFENDANT MCVEY'S MOTION FOR ENLARGEMENT OF TIME AND LEAVE TO SERVE RESPONSES TO PLAINTIFF'S WRITTEN DISCOVERY REQUESTS**

NOW COMES Defendant OFFICER JIMMY McVEY, JR., by John K. Kim of Heyl, Royster, Voelker & Allen, one of his attorneys, and for his Motion for Enlargement of Time and Leave to Serve Responses to Plaintiff's Written Discovery Requests, pursuant to Rules 33, 34, and 36 of the Federal Rules of Civil Procedure, and states as follows:

1. On or about December 12, 2006, Plaintiff propounded his discovery requests to Defendants, including his Interrogatories, Request for Production, and First Request for Admissions.

2. Defendants received these discovery requests on or about December 18, 2006, and forwarded them to Defendants' attention on or about December 21, 2006.

3. The deadline for filing the responses to said requests was 30 days or on or about January 11, 2007.

4. Officer Corsaro timely filed his discovery responses on January 9, 2007. Plaintiff's written discovery requests to Officers Corsaro and McVey are identical. Because both Officers are similarly situated, their responses are likewise similar.

5. Due to inadvertent oversight, defense counsel did not receive Officer McVey's written discovery responses until recently. Additionally, due to clerical error on part of defense counsel's

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

docketing of the deadline for producing the responses to Plaintiff's Request for Admissions, the deadline for responding elapsed with respect to Officer McVey. Defense counsel has taken steps to correct this docketing error from reoccurring.

6. Defense counsel recently received Officer McVey's responses to all three of Plaintiff's discovery requests, and is serving them upon Plaintiff concurrent with the filing of this motion. *See* Certification of Counsel attached hereto as Exhibit A.

6. Rules 33, 34, and 36 of the Federal Rules of Procedure contain identical provisions stating that the court has discretion to allow parties a longer time to serve the requesting party the discovery responses. Officer McVey requests that his Answers to Interrogatories and Response to Request for Production not be held in default due to the late filing. Similarly, Officer McVey requests that his Responses to Plaintiff's First Request for Admissions not be deemed admitted due to the untimely filing.

7. The statement in Rule 36 of the FRCP that the trial court may shorten or lengthen the time a party is allowed to respond to litigant's request for admissions means that trial court, in its discretion, may permit filing of an answer that would otherwise be untimely. *See Local Union No. 38, Sheet Metal Workers' Intern. Ass'n, AFL-CIO v. Tripodi*, 913 F. Supp. 290 ( S.D.N.Y. 1996).

8. The district court enjoys discretion to permit party to file response to requests for admissions after expiration of time period for response when such filing will facilitate proper presentation of merits and when untimely response will not prejudice requesting party in maintaining action; essentially, district court must strike balance between diligence in litigation and interests of justice. *U.S. v. $30,354.00 in U.S. Currency*, 863 F. Supp. 442 (W.D. Ky. 1994).

9. In *St. Regis Paper Co. v. Upgrade Corp.*, 86 F.R.D. 355 (W.D. Mich. 1980), the district court was faced with defendants request to file answers to plaintiff's request for admissions after the time to so had elapsed. In fact, in that case, the court noted that the period of unexcused

HEYL ROYSTER VOELKER &ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

lateness in answering the request for admissions was merely 44 days. Because plaintiff had not claimed or shown any prejudice resulting from the 44 days of unexcused lateness, and where defendants had answered identical requests in a parallel state proceeding and the plaintiff was aware of the information sought, the district court held that defendants were entitled to file late responses to plaintiff's request for admissions.

10. Similar to the situation in *St. Regis Paper Co.*, the period of unexcused lateness in Officer McVey's filing of his written discovery responses, including his answer to Plaintiff's Request for Admissions, is a month and half. Like the defendants in *St. Regis Paper Co.*, here, Officer Corsaro, who is similarly situated as Officer McVey, timely filed his discovery responses, which are identical to those propounded to Officer McVey. Accordingly, Plaintiff is aware of the information sought and is unlikely able to show in what way he is prejudiced by Officer McVey's untimely filing.

11. By allowing Officer McVey to file his answers to Plaintiff's Request for Admissions, Answers to Interrogatories, and Response to Request for Production, albeit late, this Court would preserve the presentation of merits in this case. If Officer McVey is not allowed to file his responses, especially as to Plaintiff's First Request for Admissions, then inconsistent results could occur as to Officers Corsaro and McVey in the resolution of the merits of Plaintiff's action.

12. Moreover, where Plaintiff's First Request for Admissions include admissions of law with respect to whether Officer McVey had probable cause to search Plaintiff and whether Plaintiff's Fourth Amendment rights were violated, allowing such admissions to apply due to an untimely filing would "only frustrate the purposes for which this rule [Rule 36] was drafted to force defendant to admit such improper material . . ." *Williams v. Krieger,* 61 F.R.D. 142 (S.D.N.Y. 1973). As such, "substantial justice" would likely be achieved by allowing Officer McVey to file a late answer to Plaintiff's First Request for Admissions and written discovery responses..

13. In this case, Plaintiff will not face any harm or prejudice in allowing Officer McVey

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

to file his answer to Plaintiff's First Request for Admissions and written discovery responses at this point in the discovery and pre-trial phase. Through the course of discovery, Officers Corsaro and McVey have obtained sufficient admissions and undisputed material facts to support a motion for summary judgment. As such, the allowance of Officer McVey to file his answers would promote the judicial interest in deciding this controversy on its merits.

14. Officer McVey's Response to Plaintiff's First Request for Admissions is attached hereto as Exhibit B. Officer McVey respectfully requests that the court exercise its discretion in granting the instant Motion, that his written discovery responses not be deemed in default, and that his responses not be deemed admitted due to the late filing.

WHEREFORE, Defendant OFFICER JIMMY McVEY, JR., prays that the court grant his Motion for Enlargement of Time and Leave to Serve Responses to Plaintiff's Written Discovery Requests and for such other and further relief that this Court deems necessary and proper.

OFFICER JIMMY McVEY, JR.

By: /s/ John K. Kim
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins - #6195542
John K. Kim - #6286591
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com
jkim@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 28th day of February, 2007.

Mr. Jeramiah J. Griffin, pro se
#13688-026
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR 72336

            /s/ John K. Kim

           David A. Perkins #6195542
          John K. Kim #6286591

          Attorneys for Defendants,
    OFFICER DOUG CORSARO and OFFICER
          JIMMY MCVEY, JR.
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 600, 124 S. W. Adams Street
        Peoria, IL 61602
        (309) 676-0400
       (309) 676-3374 (fax)
       dperkins@hrva.com
        jkim@hrva.com

R1307PMI 006

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
ROCK ISLAND DIVISION

| | |
|---|---|
| JERAMIAH J. GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 06-4051 |
| vs. | ) |
| | ) |
| OFFICER DOUG CORSARO, and OFFICER JIMMY MCVEY, JR., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION OF COUNSEL

NOW COMES the Defendant, OFFICER JIMMY MCVEY, JR., by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and hereby states that a copy of the following discovery responses have been served to all parties of record:

Officer Jimmy McVey, Jr.'s Answers to Plaintiff's Interrogatories

Officer Jimmy McVey, Jr.'s Response to Plaintiff's Request for Production of Documents

Officer Jimmy McVey, Jr.'s Response to Plaintiff's First Request for Admissions

By: /s/ John K. Kim  
David A. Perkins - #6195542  
John K. Kim - #6286591

Attorneys for Defendants,  
OFFICER DOUG CORSARO and OFFICER  
JIMMY MCVEY, JR.

HEYL, ROYSTER, VOELKER & ALLEN  
Suite 600, 124 S. W. Adams Street  
Peoria, IL 61602  
(309) 676-0400  
(309) 676-3374 (fax)  
dperkins@hrva.com  
jkim@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 600  
124 S.W. Adams Street  
Peoria, IL 61602-1352  
Fax (309) 676-3374  
(309) 676-0400



EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that on February 28th, 2007, I electronically filed the foregoing discovery responses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered attorneys of record. I also hereby certify that I have mailed the discovery responses by United States Postal Service to all non CM/ECF participants, as noted below.

Mr. Jeramiah J. Griffin, *pro se*
#13688-026
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR 72336
**(Via U.S. mail)**

                                       /s/   John K. Kim
                                   David A. Perkins #6195542
                                   John K. Kim #6286591

                                   Attorneys for Defendants,
                                   OFFICER DOUG CORSARO
                                   and OFFICER JIMMY MCVEY, JR.

                                   HEYL, ROYSTER, VOELKER & ALLEN
                                   Suite 600, 124 S. W. Adams Street
                                   Peoria, IL 61602
                                   (309) 676-0400
                                   (309) 676-3374 (fax)
                                   dperkins@hrva.com
                                   jkim@hrva.com

JKK/lan
R1307 COC 002

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

JERAMIAH J. GRIFFIN, )
)
Plaintiff, )
) CASE NO. 06-4051
vs. )
)
OFFICER DOUG CORSARO, and OFFICER )
JIMMY McVEY, JR., )
)
Defendants. )

### OFFICER JIMMY McVEY, JR.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

NOW COMES the defendant, OFFICER JIMMY McVEY, JR., by HEYL, ROYSTER, VOELKER & ALLEN, his attorneys, and for his Response to Plaintiff's First Request for Admissions previously propounded upon him, states as follows:

**REQUEST NO. 1**: Admit or deny that no probable cause existed for the search of plaintiff and his property on June 21, 2005 by defendants.

**RESPONSE**: Defendant denies Request No. 1.

**REQUEST NO. 2**: Admit or deny that defendants had no authority to seize any of plaintiffs property on June 21, 2005.

**RESPONSE**: Defendant denies Request No. 2.

**REQUEST NO. 3**: Admit or deny that defendants had no authority to dispose of plaintiffs property being plaintiffs dog on or about June 22, 2006.

**RESPONSE**: Defendant denies Request No. 3.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400


EXHIBIT B

**REQUEST NO. 4**: Admit or deny that defendants violated plaintiffs 4th Amendment rights under the Constitution of the United States of America on June 21, 2005 by illegally searching him and his property and seizing him and his property.

**RESPONSE**: Defendant denies Request No. 4.

**REQUEST NO. 5**: Admit or deny that plaintiff lost property as a result of being searched and seized by defendants on June 21, 2005.

**RESPONSE**: Defendant denies Request No. 5.

**REQUEST NO. 6**: Admit or deny that plaintiff has been harmed by the actions of defendants on June 21, 2005.

**RESPONSE**: Defendant denies that he did anything improper or illegal. Defendant, however, admits that plaintiff was likely harmed as a result of his lawful arrest for violation of various criminal statutes.

                                        OFFICER DOUG CORSARO and
                                        OFFICER JIMMY McVEY, JR.

                                        By: _____
                                        HEYL, ROYSTER, VOELKER & ALLEN
                                        David A. Perkins - #6195542
                                        John K. Kim - #6286591

STATE OF ILLINOIS)
                 ) ss.
COUNTY OF        )

OFFICER JIMMY McVEY, JR., states that he has prepared the foregoing Response to Plaintiff's First Request for Admissions and that the production therein is complete in accordance with the request.

                                        _____
                                        OFFICER JIMMY McVEY, JR.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

SUBSCRIBED AND SWORN to before me this _9_ day of _February_, ~~2006~~ 2007.

**OFFICIAL SEAL**
**JULIE RICHARDSON**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-25-2007

_____
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 28th day of February, 2007.

Mr. Jeramiah J. Griffin, pro se
#13688-026
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR 72336

_____
David A. Perkins #6195542
John K. Kim #6286591

Attorneys for Defendants,
  OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR.

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com
jkim@hrva.com

DAP/rg/sb
R1307PMI 003

**HEYL ROYSTER VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400