UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JERAMIAH J. GRIFFIN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 06-4051 |
| OFFICER DOUG CORSARO, and OFFICER JIMMY MCVEY, JR., | ) |
| Defendants. | ) |

# CERTIFICATION OF COUNSEL

NOW COMES the Defendant, OFFICER JIMMY MCVEY, JR., by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and hereby states that a copy of the following discovery responses have been served to all parties of record:

**Officer Jimmy McVey, Jr.'s Answers to Plaintiff's Interrogatories**

**Officer Jimmy McVey, Jr.'s Response to Plaintiff's Request for Production of Documents**

**Officer Jimmy McVey, Jr.'s Response to Plaintiff's First Request for Admissions**

By:  /s/ John K. Kim
David A. Perkins - #6195542
John K. Kim - #6286591

Attorneys for Defendants,
OFFICER DOUG CORSARO and OFFICER JIMMY MCVEY, JR.

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com
jkim@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

### CERTIFICATE OF SERVICE

I hereby certify that on February 28th, 2007, I electronically filed the foregoing discovery responses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered attorneys of record. I also hereby certify that I have mailed the discovery responses by United States Postal Service to all non CM/ECF participants, as noted below.

Mr. Jeramiah J. Griffin, *pro se*
#13688-026
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR 72336
**(Via U.S. mail)**

                                                              /s/   John K. Kim
                                                   David A. Perkins #6195542
                                                     John K. Kim #6286591

                                                  Attorneys for Defendants,
                                                  OFFICER DOUG CORSARO
                                               and OFFICER JIMMY MCVEY, JR.

                                         HEYL, ROYSTER, VOELKER & ALLEN
                                         Suite 600, 124 S. W. Adams Street
                                                Peoria, IL 61602
                                                (309) 676-0400
                                               (309) 676-3374 (fax)
                                               dperkins@hrva.com
                                                 jkim@hrva.com

**HEYL ROYSTER**
**VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

JKK/lan
R1307 COC 002