E-FILED
Monday, 19 March, 2007 10:17:04 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
MAR 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JERAMIAH J. GRIFFIN,

    Plaintiff,

V.    Case No.: 06-4051

OFFICER DOUG CORSARO and
OFFICER JIMMY MCVEY, JR.,

    Defendants.

RESPONSE OF PLAINTIFF TO DEFENDANT MCVEY'S MOTION FOR
ENLARGEMENT OF TIME AND LEAVE TO SERVE RESPONSES TO
PLAINTIFF'S WRITTEN DISCOVERY REQUESTS

Comes now Plaintiff JERAMIAH J. GRIFFIN, Pro Se, and files his response to Defendant McVey's Motion for Enlargement of Time and Leave to Serve Responses to Plaintiff's Written Discovery Requests, and would state and show the following:

1. As stated in the defendant's motion, "the deadline for filing the responses to said requests was 30 days or on or about January 11, 2007." See defendant's motion, ¶ 3. Therefore, this defendant's responses were forty-eight (48) days late, and were also therefore not timely filed.

2. This defendant's untimely filing is inexcusable and has prejudiced the Plaintiff because, inter alia, the deadline for all discovery to be submitted is June 1, 2007. The Plaintiff is further prejudiced because, inter alia, both defendants have, to date, failed to submit to the Plaintiff all of his discovery requests. See e.g. Officer Jimmy McVey, Jr.'s Answers to

1

Plaintiff's Interrogatories, pages 5-9, Answers to Plaintiff's Interrogatories 9, 10, 13, 14, 15, 16, 19, 21 with the response being "Objection." See also Officer Jimmy McVey's Response to Plaintiff's First Request for Production, pages 2-5, responses to Request Nos. 5, 6, 7, 9, 10, 11, 12, 15, 16, 19, 20, 22, 23, with the response being "Objection."

3. Pursuant to discussion supra, the Plaintiff **will**, in fact, suffer harm **and** prejudice from this defendant's late and untimely filing **and** from the refusal of **both** defendants to provide Plaintiff with **all** of his discovery requests. See supra.

4. Pursuant to discussion supra, the Plaintiff moves this Honorable Court to levy Sanctions against both defendants for the reasons cited supra. See accompanying Motion of Plaintiff for Sanctions Against Defendants.

Respectfully submitted,

*Jeramiah J Griffin*
JERAMIAH J. GRIFFIN, Pro Se
for Plaintiff
P.O. Box 3000
Forrest City, Arkansas 72336-3000
(870) 630-6000

Dated: March 15, 2007
       Forrest City, Arkansas

## CERTIFICATE OF SERVICE

This certifies that a true and exact copy of the foregoing

RESPONSE OF PLAINTIFF TO DEFENDANT MCVEY'S MOTION FOR ENLARGEMENT OF TIME AND LEAVE TO SERVE RESPONSES TO PLAINTIFF'S WRITTEN DISCOVERY REQUESTS

has been filed, delivered, and served, via U.S. Mail, first-class postage prepaid, deposited in the Legal Mail Mailroom, located at FCC Forrest City, Forrest City, Arkansas 72335, to the following persons and address:

David A. Perkins
John K. Kim
Attorneys for Defendants
HEYL, ROYSTER, VOELKER & ALLEN, Attorneys at Law
124 S.W. Adams Street
Suite 600
Peoria, Illinois 61602-1352

THIS, the <u>15th</u> Day of March, 2007.

_____
JERAMIAH J. GRIFFIN, Pro Se