

E-FILED
Monday, 19 March, 2007 10:20:50 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

---

JERAMIAH J. GRIFFIN,

    Plaintiff,

V.                                    Case No.: 06-4051

OFFICER DOUG CORSARO and
OFFICER JIMMY MCVEY, JR.,

    Defendants.

---

## MOTION OF PLAINTIFF FOR SANCTIONS AGAINST DEFENDANTS

---

Comes now Plaintiff JERAMIAH J. GRIFFIN, Pro Se, and moves this Honorable Court for Sanctions Against Defendants Officer Doug Corsaro and Officer Jimmy McVey, Jr., and would state and show in support the following:

1. Pursuant to the accompanying Response of Plaintiff to Defendant McVey's Motion for Enlargement of Time and Leave to Serve Responses to Plaintiff's Written Discovery Requests, <u>see</u> said Response, it would be just for Sanctions to be levied by this Honorable Court against said defendants for 1) defendant McVey's untimely filing of said responses to the Plaintiff's written discovery requests, and 2) the refusal of both defendants McVey and Corsaro to provide the Plaintiff with <u>all</u> of his discovery requests. <u>See</u> again Plaintiff's accompanying Response cited supra.

2. Plaintiff requests that defendant Corsaro be sanctioned, inter alia, One Hundred Thousand United States Dollars

1

($100,000.000 U.S.) for his refusal to provide the Plaintiff with <u>all</u> of his discovery requests. <u>See</u> defendant Corsaro's filed Responses and Answers to Plaintiff's discovery requests.

3. Plaintiff requests that defendant McVey be sanctioned, inter alia, One Hundred Thousand United States Dollars ($100,000.00 U.S.) for his refusal to provide the Plaintiff with <u>all</u> of his discovery requests <u>and</u> an additional One Hundred Thousand United States Dollars ($100,000.00 U.S.) for his late and untimely filing of his limited Answers and Responses. <u>See</u> again Plaintiff's Response cited supra.

4. Plaintiff requests that this Honorable Court levy any other sanctions against the defendants that it feels just in so doing.

5. Plaintiff requests that this Honorable Court Order both defendants to immediately pay all monetary sanctions directly to the Plaintiff.

6. WHEREFORE, ALL PREMISES CONSIDERED, Plaintiff Jeramiah J. Griffin prays this Honorable Court will sanction the defendants as requested supra.

             Respectfully submitted,

*/s/ Jeramiah Griffin*
JERAMIAH J. GRIFFIN, Pro Se
for Plaintiff
P.O. Box 3000
Forrest City, Arkansas 72336-3000
(870) 630-6000

Dated: March 15, 2007
    Forrest City, Arkansas

CERTIFICATE OF SERVICE

This certifies that a true and exact copy of the foregoing

MOTION OF PLAINTIFF FOR SANCTIONS AGAINST DEFENDANTS

has been filed, delivered, and served, via U.S. Mail, first-class postage prepaid, deposited in the Legal Mail Mailroom, located at FCC Forrest City, Forrest City, Arkansas 72335, to the following persons and address:

David A. Perkins
John K. Kim
Attorneys for Defendants
HEYL, ROYSTER, VOELKER & ALLEN, Attorneys at Law
124 S.W. Adams Street
Suite 600
Peoria, Illinois 61602-1352

THIS, the 15th Day of March, 2007.

_____
JERAMIAH J. GRIFFIN, Pro Se