E-FILED
Tuesday, 08 May, 2007 02:13:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
MAY 8 2007
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

JERAMIAH J. GRIFFIN,

    Plaintiff,

V.                                                  Case No.: 06-4051

OFFICER DOUG CORSARO and
OFFICER JIMMY MCVEY, JR.,

    Defendants.

MOTION OF PLAINTIFF FOR AN EXTENSION OF TIME IN WHICH TO
PREPARE FOR TRIAL AND FOR APPOINTMENT OF ATTORNEY TO
CONDUCT DEPOSITION OF DEFENDANTS FOR PLAINTIFF

Comes now the Plaintiff, JERAMIAH J. GRIFFIN, Pro Se, and moves this Honorable Court for an extension of time in which to prepare for trial and for appointment of an attorney to conduct the depositions of defendants Corsaro and McVey for Plaintiff, and states and shows in support the following:

1. Plaintiff Jeramiah J. Griffin (Plaintiff) is **not** a trained and experienced attorney. And, Plaintiff is currently incarcerated at Federal Correctional Complex (FCC), Forrest City, Arkansas 72336. Therefore, Plaintiff is **extremely limited** by the conditions of his present incarceration, and is **not** qualified and experienced enough to conduct the depositions of defendants Corsaro and McVey all by himself. Additionally, the depositions of defendants Corsaro and McVey are absolutely **necessary** to complete the discovery phase of Plaintiff's case.

2. The current deadline for having all discovery submitted

1

and to be ready for trial in this case is June 1, 2007. But, since defendants Corsaro and McVey has <u>not</u> to date provided the Plaintiff with <u>all</u> his requested discovery, <u>see</u> MOTION OF PLAINTIFF TO COMPEL PRODUCTION OF REQUESTED DISCOVERY OR, IN THE ALTERNATIVE, MOTION OF PLAINTIFF FOR SUMMARY JUDGMENT IN PLAINTIFF'S FAVOR WITH INCORPORATED MEMORANDUM OF LAW IN SUPPORT, filed April 9, 2007 Certificate of Service, incorporated herein by reference the same as if it were fully set out herein; <u>and</u> since the depositions of defendants Corsaro and McVey have <u>not</u> yet been completed, this case is <u>not</u> and will not be ready to go to trial on June 1, 2007.

3. Pursuant to the discussion supra, Plaintiff <u>needs</u> a trained and experienced attorney appointed to represent him, specifically to conduct the depositions of defendants Corsaro and McVey for him. And, in order to have enough time to complete <u>all</u> of the <u>requisite</u> <u>discovery</u> in order to be ready for trial, Plaintiff <u>needs</u> an extension of time in which to prepare for trial, which Plaintiff estimates to be about ninety (90) days from the current deadline of June 1, 2007.

4. WHEREFORE, ALL PREMISES CONSIDERED, Plaintiff Jeramiah J. Griffin prays this Honorable Court will grant his motion for an extension of time in which to prepare for trial of ninety (90) days, and appoint Plaintiff a trained and experienced attorney to represent him and to conduct the depositions of defendants Corsaro and McVey in a timely manner.

                                                Respectfully submitted,

*[signature: Jeramiah J Griffin]*
JERAMIAH J. GRIFFIN, Pro Se
for Plaintiff Jeramiah J. Griffin
P.O. Box 3000
Forrest City, Arkansas 72336-3000
870/630-6000

Dated:   April 20, 2007
         Forrest City, Arkansas


CERTIFICATE OF SERVICE

This certifies that I, JERAMIAH J. GRIFFIN, Pro Se, have filed, delivered, and served a true and exact copy of the foregoing

MOTION OF PLAINTIFF FOR AN EXTENSION OF TIME IN WHICH TO PREPARE FOR TRIAL AND FOR APPOINTEMENT OF ATTORNEY TO CONDUCT DEPOSITION OF DEFENDANTS FOR PLAINTIFF

regarding Case No. 06-4051, via U.S. Mail, first-class postage prepaid, deposited in the Legal Mail Mailroom, located at FCC Forrest City, Forrest City, Arkansas 72336, to the following persons and address:

David a Perkins and John K. Kim, Attorneys for Defendants
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams Street
Suite 600
Peoria, Illinois 61602-1352

THIS, the 20th Day of April, 2007.

*[signature: Jeramiah J Griffin]*
JERAMIAH J. GRIFFIN, Pro Se