E-FILED
Tuesday, 22 May, 2007 08:59:55 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION



FILED
MAY 22 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JERAMIAH J. GRIFFIN,

    Plaintiff,

V.    Case No. 06-4051

OFFICER DOUG CORSARO, and
ORRICER JIMMY MCVEY, JR.,

    Defendants.

---

MOTION OF PLAINTIFF FOR AN EXTENSION OF TIME IN WHICH TO FILE
HIS RESPONSE TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

---

    Comes now the Plaintiff, Jeramiah J. Griffin, Pro Se, and moves this Honorable Court for an extension of time in which to file his response to defendants' cross motion for summary judgment, filed by defendants on May 04, 2007, and would state and show in support the following.:

    1.  Plaintiff Jeramiah J. Griffin (Plaintiff) is <u>not</u> a trained and experienced attorney.

    2.  Plaintiff is currently incarcerated at FCC Forrest City, Arkansas, and is extremely limited by the conditions of his incarceration, which hinder the completion of his said response, these conditions being, among other things:  1) limited access to the institutional law library for legal research and typing in preparing said response, 2) institutional lockdowns, 3) malfunctioning law library typewriters and copier, used in preparing his said response, and 3) restrictive institutional

schedule.

3. Plaintiff is proceeding Pro Se, i.e., <u>without</u> the help of a trained and experienced attorney.

4. Plaintiff <u>needs</u> more time in which to prepare his response to defendants' cross motion for summary judgment.

5. WHEREFORE, ALL PREMISES CONSIDERED, Plaintiff Jeramiah J. Griffin prays this Honorable Court will grant him an additional sixty (60) days in which to prepare his response to defendants' cross motion for summary judgment.

Respectfully submitted,

Dated: May 18, 2007
Forrest City, Arkansas

Jeramiah J. Griffin, Pro Se
for Plaintiff JERAMIAH J. GRIFFIN
#13688-026
Federal Correctional Complex-Med.
P.O. Box 3000
Forrest City, Arkansas 72336-3000
870/630-6000

## CERTIFICATE OF SERVICE

This certifies that I, Jeramiah J. Griffin, Pro Se, have filed, delivered, and served a true and exact copy of the foregoing MOTION OF PLAINTIFF FOR AN EXTENSION OF TIME IN WHICH TO FILE HIS RESPONSE TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT, re Case No. 06-4051, via U.S. Mail, first-class postage prepaid, deposited in the Legal Mail Mailroom, located at FCC Forrest City, Forrest City, Arkansas 72335, to the following persons and address:

David A. Perkins and John A. Kim, Attorneys for Defendants
124 S.W. Adams Street, Suite 600, Peoria, Illinois 61602-1352

THIS, the <u>18th</u> Day of May, 2007.

Jeramiah J. Griffin, Pro Se