E-FILED
Monday, 23 July, 2007 11:15:06 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
JUL 2 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JERAMIAH J. GRIFFIN,

    Plaintiff,

V.                          Case No. 06-4051

OFFICER DOUG CORSARO, and
OFFICER JIMMY MCVEY, JR.,

    Defendants.

---

**PLAINTIFF'S RESPONSE OPPOSING DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT WITH INCORPORATED MEMORANDUM OF LAW IN SUPPORT**

---

    Comes now Plaintiff JERAMIAH J. GRIFFIN, Pro Se, and files his Response to Defendants' Cross Motion for Summary Judgment, categorically opposing Defendants' Cross Motion for Summary Judgment, and would state and show in support the following:

    Plaintiff has already provided this Honorable Court with a well-pleaded Complaint and a well-pleaded Motion for Summary Judgment. As the United States Court of Appeals for the Seventh Circuit has decided:

> [A] court <u>must</u> accept as true all the well-pleaded allegations of the complaint and the inferences that may be drawn reasonably from those allegations.

<u>Baxter by Baxter v. Vigo County Sch. Corp.</u>, 26 F.3d 728, 728-734 (7th Cir. 1994), citing <u>United States v. Gaubert</u>, 499 U.S. 315, 327, 113 L. Ed. 2d 335, 111 S. Ct. 1267 (1991) and other relevant (7th Circuit) cases. (emphasis added)

    This being the case, <u>Plaintiff's</u> well-pleaded Complaint <u>and Plaintiff's</u> well-pleaded Motion for Summary Judgment should be

1

construed by this Honorable Court as being entirely legitimate, due to the fact that this Honorable Court <u>must</u> accept as <u>true</u> <u>all</u> of the Plaintiff's well-pleaded allegations and <u>all</u> of the inferences that may be reasonably drawn from Plaintiff's allegations contained therein. Plaintiff's Complaint and Motion for Summary Judgment Against the Defendants is incorporated by reference herein the same as if they were fully set out herein.

WHEREFORE, ALL PREMISES CONSIDERED, Plaintiff Jeramiah J. Griffin respectfully prays this Honorable Court will <u>grant</u> <u>his</u> Motion for Summary Judgment and <u>deny</u> the Defendants' Motion for Summary Judgment.

Respectfully submitted,

Dated: July 13, 2007
Forrest City, Arkansas

Jeramiah J. Griffin, Pro Se
for Plaintiff JERAMIAH J. GRIFFIN
P.O. Box 3000
Forrest City, Arkansas 72336-3000
870/630-6000

<u>CERTIFICATE OF SERVICE</u>

This certifies that I, Jeramiah J. Griffin, Pro Se have filed, delivered, and served a true and exact copy of the forgoing Plaintiff's Response Opposing Defendants' Cross Motion for Summary Judgment with Incorporated Memorandum of Law in Support, via U.S. Mail, first-class postage prepaid, deposited in the Legal Mail Mailroom, located at FCC Forrest City, Forrest City, Arkansas 72335, with the Clerk of the Court and to the following: David A. Perkins and John K. Kim, Attorneys for Defendants, 124 S.W. Adams Street, Suite 600, Peoria, Illinois 61602-1352,

THIS, the <u>13th</u> Day of July, 2007.

Jeramiah J. Griffin, Pro Se

Page 2 of 2