**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| JERAMIAH J. GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 06-4051 |
| vs. | ) |
| | ) |
| OFFICER DOUG CORSARO, and OFFICER JIMMY MCVEY, JR., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

NOW COMES John K. Kim of the law firm of Heyl, Royster, Voelker & Allen, and moves to withdraw as attorney for Defendants Officer Doug Corsaro and Officer Jimmy McVey, Jr. in this cause, stating as a basis for the withdrawal that as of November 16, 2007, Attorney Kim will no longer be associated with the firm of Heyl, Royster, Voelker & Allen. Attorney David A. Perkins of the law firm of Heyl, Royster, Voelker & Allen will continue as counsel for Defendants Officer Doug Corsaro and Officer Jimmy McVey, Jr. in this cause.

WHEREFORE, John K. Kim respectfully requests that this Court grant him leave to withdraw as attorney of record for Defendants Officer Doug Corsaro and Officer Jimmy McVey, Jr.

By: /s/ John K. Kim

HEYL, ROYSTER, VOELKER & ALLEN
John K. Kim -  #6286591
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
jkim@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Additionally, a copy of the foregoing was served upon all parties to the above cause by enclosing the same in an envelope addressed to same, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 14th day of November, 2007.

Mr. Jeramiah J. Griffin, pro se
#13688-026
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR 72336

                                        /s/ John K. Kim
                                        John K. Kim #6286591

Attorney for Defendants, Officer Doug Corsaro
and Officer Jimmy McVey, Jr.

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
jkim@hrva.com

JKK/lan
R1307PMI 013

HEYL ROYSTER VOELKER & ALLEN
Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2