E-FILED
Wednesday, 27 February, 2008  02:35:10 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| JERAMIAH J. GRIFFIN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 06-4051 |
| OFFICER DOUG CORSARO, and OFFICER JIMMY MCVEY, JR., | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO DISMISS**

NOW COME the Defendants, OFFICER DOUG CORSARO and OFFICER JIMMY McVEY, JR., by David A. Perkins of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and for their Response to Plaintiff's Motion to Dismiss, states as follows:

1. Plaintiff filed a Motion to Dismiss on or about 2/21/08 and indicates that his willingness to dismiss his Complaint but fails to indicate whether the cause should be terminated with prejudice. See plaintiff's Motion to Dismiss attached hereto as Exhibit A.

2. These defendants filed a Motion for Summary Judgement on 5/4/07 but no ruling has been issued to date. Rather than tendering admissible evidence in an attempt to refute the Motion for Summary Judgment, plaintiff elected to voluntarily dismiss his claims.

3. That these defendants request that this case be terminated with prejudice since the plaintiff has had ample opportunity to prosecute his claim and the Motion for Summary Judgment clearly demonstrates that plaintiff has no viable claim upon which relief can be granted.

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

4.      That if this case is not terminated with prejudice, there remains a "chilling effect" upon the officers that the possibility exists that old claims could be renewed and that evidence will erode or degrade in the meantime.

WHEREFORE, Defendants OFFICER DOUG CORSARO and OFFICER JIMMY McVEY, JR., pray that the court terminate plaintiff's cause of action with prejudice, and for such other and further relief as the court deems appropriate.

OFFICER DOUG CORSARO and
OFFICER JIMMY McVEY, JR.


By:     /s/ David A. Perkins

HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins - #6195542
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2

# CERTIFICATE OF SERVICE

  I hereby certify that on the 27th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Additionally, a copy of the foregoing was served upon all parties to the above cause by enclosing the same in an envelope addressed to same, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 27th day of February, 2008.

Mr. Jeramiah J. Griffin, pro se
#13688-026
Federal Correctional Complex - Med.
P.O. Box 3000 - Medium
Forrest City, AR 72336
*Via U.S. mail*

                /s/ David A. Perkins
                David A. Perkins #6195542

                Attorneys for Defendants,
           OFFICER DOUG CORSARO and OFFICER
              JIMMY MCVEY, JR.
           HEYL, ROYSTER, VOELKER & ALLEN
           Suite 600, 124 S. W. Adams Street
              Peoria, IL 61602
              (309) 676-0400
             (309) 676-3374 (fax)
             dperkins@hrva.com

DAP/srg
R1307PMI 014

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

JERAMIAH J GRIFFIN
　　　　Plaintiff,

v.                                            CASE # 06-4051

Officer Doug Corsaro and
Officer Jimmy McVey, JR.,
　　　　Defendants.

## Motion To Dismiss

Now Comes (plaintiff) JERAMIAH J GRIFFIN pro se, And Respectfully Asks that the Case # 06-4051 against Defendants Doug Corsaro and Jimmy McVey Junior be dismissed in its entirely. Plaintiff Jeramiah J Griffin is unable to continue Due to lack of ability financialy and being Pro Se without Counsel.

　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　Jeramiah J Griffin

Jeramiah J. Griffin pro se
For Plaintiff
P.O. Box 3000
Forrest City AR 72336-3000

## Certificate of Service

This certifies that a true and exact copy of the foregoing

Motion To Dismiss

has been Filed, delivered, and served, via U.S. Mail, First-Class postage prepaid, deposited in the legal Mail Mail Room, located at Forrest City, Arkansas 72336 to the following persons and address:

John K. Kim
Attorneys For Defendants
HEYL, ROYSTER, Voelker + Allen
Attorneys At Law
124 S.W. Adams St.
Suite 600
Peoria IL 61602-1352

THE 21ST DAY OF FEBRUARY 2008