E-FILED
Thursday, 28 February, 2008  09:08:03 AM
Clerk, U.S. District Court, ILCD

JERAMIAH J GRIFFIN
    Plaintiff,

V.

OFFICER Doug Corsaro and
OFFICER Jimmy McVey JR.,
        Defendants.

CASE# 06-4051

**FILED**

FEB 2 8 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion To Dismiss

Now Comes (Plaintiff) JERAMIAH J GRIFFIN pro se,
And Respectfully Asks that the CASE# 06-4051
against DEFENDANTS Doug Corsaro and Jimmy McVey
Junior be dismissed in its entirely.
Plaintiff Jeramiah J GRIFFIN is unable to Continue
Due to lack of ability financialy and being
Pro Se Without Counsel'.

Respectfully Submitted,

Jeramiah J Griffin

Jeremiah J. Griffin pro Se
For Plaintiff # 13688-026
P.O. Box 3000 - medium
Forrest City AR 72336-3000

## Certificate of Service

This Certifies that a True and exact
Copy of the Foregoing

Motion To Dismiss

has been Filed, delivered, and Served, via
U.S. Mail, First Class postage prepaid, deposited in
the legal Mail Mail Room, located at Forrest City,
Arkansas 72336 to the Following persons and
address:

John K. Kim
Attorneys For Defendants
HEYL, Royster, Voelker + Allen
Attorneys At Law
124 S.W. Adams St.
Suite 600
Peoria IL 61602-1352

THE 21st Day of February 2008