AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 07 March, 2008   03:28:45 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**Jeramiah J Griffin**

vs.                                                                                      Case Number:   **06-4051**

**Officer Doug Corsaro and Officer Jimmy McVey, Jr**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **XX DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff. Case is terminated.  ------------------------------------------------------------------------------------------------

ENTER this 7th day of March, 2008

PAMELA E. ROBINSON, CLERK

_____s/T. Peeples _____
BY:  DEPUTY CLERK