AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED

## JUDGMENT IN A CIVIL CASE

**Jeramiah J. Griffin**

      vs.      Case Number: **06-4051**

**Officer Doug Corsaro and Officer Jimmy McVey, Jr**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's claim is dismissed without prejudice. Case is terminated. ----------------------------------------------------------------------------------------------------------------

ENTER this 10th day of March, 2008

PAMELA E. ROBINSON, CLERK

_____s/T. Peeples_____
BY: DEPUTY CLERK